### No. D-2484. In the Matter of Discipline of William A. Schainker.

561 U.S. 1044, 131 S. Ct. 42, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5594.

July 26, 2010. William A. Schainker, of Chevy Chase, Maryland, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.